THE STATE, EX REL. HARRIS GRAPHICS CORPORATION, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as State, ex rel. Harris Graphics Corp., *v.* Indus. Comm. (1988), 40 Ohio St. 3d 419.]

(No. 88-1794—Submitted December 28, 1988—Decided December 30, 1988.)

420

*Seeley, Savidge & Aussem* and *Thomas M. Carolin,* for appellee.

*Anthony J. Celebrezze, Jr.,* attorney general, *Jenice R. Golson, Michael L. Squillace* and *Merl H. Wayman,* for appellant.

*Bruce R. Rose,* for Zivota Pantic.

*Per Curiam.* Per our decision in *State, ex rel. Eaton Corp.,* v. *Lancaster* (1988), 40 Ohio St. 3d 404, 534 N.E.

2d 46, with which this cause was consolidated on November 23, 1988, we find that the commission abused its discretion in continuing temporary total disability compensation despite its own finding that the respondent's condition had become permanent. Accordingly, the judgment of the court of appeals is affirmed. The commission is ordered to hold further proceedings consistent with *State, ex rel. Eaton Corp.*

*Judgment affirmed.*

MOYER, C.J., LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY and DOUGLAS, JJ., concur separately.

DOUGLAS, J., concurring. I concur for the reasons stated in my concurrence in *State, ex rel. Eaton Corp.,* v. *Lancaster* (1988), 40 Ohio St. 3d 404, 411-419, 534 N.E. 2d 46, 53-60.

SWEENEY, J., concurs in the foregoing opinion.